THE SAGINAW VALLEY. CALVIN et al v. ESCANABA TOWING & WRECKING CO. (Circuit Court of Appeals, Sixth Circuit. October 14, 1896.) No. 423. Appeal from the District Court of the United States for the Western District of Michigan, Northern Division. F. Howard Mason, for appellants. John C. Richberg, for appellee. No opinion. Judgment affirmed.

THE SEGURANCA. BROWN et al. v. PROCEEDS OF THE SEGUR-ANCA. (Circuit Court of Appeals, Second Circuit. May 12, 1896.) No. 709. Appeal from the District Court of the United States for the Southern District of New York. Cary & Whibridge, for appellants. Carter & Ledyard, for appellee. Discontinued by consent.

SEVERS et al. v. BULL. (Circuit Court of Appeals, Eighth Circuit. June 6, 1896.) No. 812. In Error to the United States Court of Appeals of Indian Territory. P. L. Soper and Thomas A. Sanson, Jr., for defendant in error. No opinion. Docketed and dismissed, pursuant to sixteenth rule, on motion of defendant in error.

SEVERS et al. v. NORTHERN TRUST CO. (Circuit Court of Appeals, Eighth Circuit. June 6, 1896.) No. 811. In Error to the United States Court of Appeals of Indian Territory. P. L. Soper and Thomas A. Sanson, Jr.. for defendant in error. No opinion. Docketed and dismissed, pursuant to sixteenth rule, on motion of defendant in error.

THE SINTRAN. MOSLE v. THE SINTRAN et al. (Circuit Court of Appeals, Second Circuit. February 7, 1896.) No. 574. Appeal from the District Court of the United States for the Southern District of New York. George A. Black, for appellant. Wing, Shoudy & Putnam, for appellees. No opinion. Affirmed in open court.

SIOUX CITY, O'N. & W. R. CO. v. MANHATTAN TRUST CO. (Circuit Court of Appeals, Eighth Circuit. June 22, 1896.) No. 505. Appeal from the Circuit Court of the United States for the District of Nebraska. Henry J. Taylor, for appellant. John L. Webster, for appellee. No opinion. Decree of affirmance vacated, and case restored to docket. Affirmed by a divided court, and costs equally divided.

SIOUX CITY, O'N. & W. R. CO. et al. v. MANHATTAN TRUST CO. (Circuit Court of Appeals, Eighth Circuit. June 22, 1896.) No. 661. Appeal from the Circuit Court of the United States for the District of Nebraska. John C. Coombs and Henry J. Taylor, for appellants. John L. Webster, for appellee. No opinion. Decree of affirmance vacated, and case restored to docket. Affirmed by divided court, and costs equally divided.

SPENCER et al. v. USELTON. (Circuit Court of Appeals, Fifth Circuit. May 5, 1896.) No. 463. Appeal from the Circuit Court of the United States for the Northern District of Georgia. Dorsey, Bruce & Howell, for appellants. Reuben R. Arnold, for appellee. Cause dismissed on agreement of counsel.